DAVID MISEK v. BOARD OF EDUCATION OF THE TOWNSHIP OF WILLINGBORO, BURLINGTON COUNTY.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DIXON.

July 7, 1981.

Petition for certification denied.

MOTOR INN ASSOCIATES v. BOROUGH OF HASBROUCK HEIGHTS.

July 7, 1981.

Petition for certification denied.

MOTOR INN ASSOCIATES v. BOROUGH OF HASBROUCK HEIGHTS.

July 7, 1981.

Cross-petition for certification denied.